JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION – SANTA ANA

| | |
|---|---|
| IN RE ELENA SIDECO DIRIGE | Case No. EDCV 16-1205 AG <br><br> **JUDGMENT** |

The Court enters Judgment against Appellant Elena Sideco Dirige and for Appellee Bayview Loan Servicing, LLC.

Dated September 21, 2016

_____
Hon. Andrew J. Guilford
United States District Judge

JUDGMENT